Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the issue has become moot. (Cohen and Karger, Powers of the New York Court of Appeals [1952], § 98;
 
 Matter of Buffalo Cr. R. R. Co.
 
 v.
 
 City of Buffalo,
 
 301 N. Y. 595 [1950].) Although we granted leave to appeal, the necessity of this dismissal precludes us from reaching the merits of the case. After leave to appeal had been granted by the court, the Yorktown Town' Board rezoned the subject premises. Consequently, the issue as to the planning board’s compliance with the former zoning ordinance (no longer applicable to the parcel in question) has been rendered academic.